IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02906-ZLW

SYLVIA OCAMPO-WIECHMANN, also known as
SYLVIA WIECHMANN, also known as
SYLVIA O. WIECHMANN

    Plaintiff,

v.

NANCY L. ANDERSON and all alias [sic],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff, Sylvia Ocampo-Wiechmann, also known as Sylvia Wiechmann and as Sylvia O. Wiechmann, submitted to and filed with the Court on February 4, 2010, a motion titled "Motion for Rebuttal Of Dismissal," in which she appears to disagree with the dismissal order and judgment filed on January 21, 2010. Also on February 4 she submitted to and filed with the Court a notice of change of address showing that she now is confined at the Colorado Mental Health Institute, 1600 West 24th Street, Pueblo, CO 81003, and a document titled "Release Transaction" showing that as of January 13, 2010, she had a zero balance in her trust fund account at the Denver County Jail, where she was confined when she initiated the instant action.

The Court must construe liberally Ms. Ocampo-Wiechmann's filings because she is a *pro se* litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion for rebuttal will be construed liberally as a motion to alter or amend judgment

pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Ms. Ocampo-Wiechmann Martinez filed the motion within ten days after the judgment was entered on January 21 in the instant action. The Court, therefore, will construe the motion for rebuttal as a motion to reconsider filed pursuant to Rule 59(e). **See id.**.

The Court dismissed the complaint and the action without prejudice on January 21 because Ms. Ocampo-Wiechmann failed, within the time allowed, to comply with the December 11, 2009, order to cure by submitting a certified copy of her trust fund account statement for the six-month period immediately preceding this filing. Although the copy of the dismissal order and judgment mailed to Ms. Ocampo-Wiechmann was returned to the Court on January 27, 2010, she apparently learned of the dismissal because on January 26 she filed the document titled "Release Transaction" and on February 4 she filed her motions for rebuttal and for leave to proceed pursuant to 28 U.S.C. § 1915. However, she still failed to cure all the designated deficiencies in this action within the time allowed.

Upon consideration of the entire file, the Court finds and concludes that Ms. Ocampo-Wiechmann fails to demonstrate some reason why the Court should reconsider and vacate its decision to dismiss this action. Therefore, the motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) will be denied. Accordingly, it is

2

ORDERED that the motion titled "Motion for Rebuttal Of Dismissal," filed on February 4, 2010, by Plaintiff Sylvia Ocampo-Wiechmann, is construed as a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e), and is denied. It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to Ms. Ocampo-Wiechmann her current address, the Colorado Mental Health Institute, 1600 West 24th Street, Pueblo, CO 81003.

DATED at Denver, Colorado, this 18 day of February, 2010.

BY THE COURT:

CHRISTINE A. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02906-ZLW

Sylvia Ocampo-Wiechmann
1600 W. 24th St.
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/19/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk