IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02906-ZLW

SYLVIA OCAMPO-WIECHMANN, also known as
SYLVIA WIECHMANN, also known as
SYLVIA O. WIECHMANN

    Plaintiff,

v.

NANCY L. ANDERSON and all alias [sic],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Motion to Transfer Civil Action" that Plaintiff filed on March 16, 2010. This case is on appeal. Therefore, this Court lacks jurisdiction over this motion, and the motion is DENIED.

    Dated: April 13, 2010